UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


SHEILA VAUGHT,

        Plaintiff

    v.                            C-1-11-227

THE HARTFORD LIFE &
ACCIDENT INSURANCE COMPANY,

        Defendant


## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 31) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by any party, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 31) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. Defendants' Motion for Judgment on the Administrative Record (doc. no. 21) is DENIED; Plaintiff's Cross-Motion for Judgment on the Administrative Record (doc. no. 22) is DENIED; and this matter is REMANDED to The Hartford Life & Accident Insurance Company to complete the administrative review process.

This case is DISMISSED AND TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                          s/Herman J. Weber
                                  Herman J. Weber, Senior Judge
                                    United States District Court